```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                               :

TRACY MCCARTER,                         :

                                Plaintiff,           :                     1:23-cv-9652-GHW

                                                    :
                            -v -                               :              ORDER REFERRING CASE
                                                    :              TO MAGISTRATE JUDGE
THE CITY OF NEW YORK, *et al.*,          :

                                              Defendants.   :
                                                    :
------------------------------------------------------------- X

The above entitled action is referred to a United States magistrate judge for the following purpose:

**_X_** General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas corpus

___ Social Security

**_X_** Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____
_____

All such motions: ___**X**___

SO ORDERED.

Dated: November 6, 2023
        New York, New York

                                                              _____
                                                                   GREGORY H. WOODS
                                                              United States District Judge