USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRACY MCCARTER,

                       Plaintiff,                           23-CV-9652 (GHW) (KHP)

        -against-                                    **ORDER**

THE CITY OF NEW YORK, et al.,

                       Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the February 29, 2024 Case Management Conference:

The deadline for Defendant Investigator Robert Delaney ("Defendant Delaney") to move to dismiss on the basis of absolute immunity is **Friday, April 19, 2024**; Plaintiff's opposition is due on **Friday, May 17, 2024**; and Defendant Delaney's Reply is due on **Friday, May 31, 2024**.

The deadline for the parties to submit a joint status letter to the Court is extended from Monday, March 29, 2024 (see ECF No. 27) to **Friday, April 19, 2024**. The April 19 status letter shall provide an update as to the status of discovery and should note whether the parties request a settlement conference before the Undersigned or referral to the Court-annexed mediation program. Additionally, in the event Plaintiff elects to withdraw her claims against Defendant Delaney, she shall so advise the Court in the April 19 status letter.

      **SO ORDERED.**

DATED:      New York, New York
                  March 1, 2024

                                                                  *Katharine H. Parker*
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge