# ZMO Law PLLC

October 28, 2024

*Via ECF and email*

Hon. Katherine H. Parker
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007



RE: *Tracy McCarter v. City of New York, et al.*, 23-cv-9652

Dear Judge Parker:

This office represents Tracy McCarter in the above-captioned matter. We write jointly with counsel for Defendants to request an adjournment *sine die* of the settlement conference currently scheduled for November 4, 2024.

The parties are still conducting depositions, and significant legal and factual disagreements remain between the parties. As such, we do not believe a settlement conference will be productive at this time. We have completed the depositions of three of the defendants and are working to schedule the remaining depositions. We hope to be in a better position to resume settlement negotiations at the end of fact discovery.

For these reasons, the parties jointly respectfully request that the Court adjourn the settlement conference *sine die*.

Thank you for your attention to this case.

Very truly yours,

*Tess M. Cohen*

Tess M. Cohen
Partner

CC: Hannah Faddis, Brian Francolla

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • tc@zmolaw.com
www.zmolaw.com

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Monday, November 4, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, January 13, 2025 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than <u>January 6, 2025 by 5:00 p.m.</u>

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

10/28/2024