USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRACY MCCARTER,

                        Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                        Defendants.
-----------------------------------------------------------------X

23-CV-9652 (GHW) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the Case Management Conference on March 26, 2025, the parties shall file a status letter by **May 5, 2025**, updating the Court on whether the parties would like to schedule a settlement conference, or alternatively proceed to summary judgment briefing. If the parties wish to proceed to summary judgment briefing, they shall include a proposed briefing schedule in the letter.

**SO ORDERED.**

DATED:     New York, New York
               March 26, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge