

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/23/2025

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**BRIAN FRANCOLLA**
*Senior Corporation Counsel*
Tel.: (212) 356-3527
Fax: (212) 356-3509
bfrancol@law.nyc.gov

May 22, 2025

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
/s/ Katharine H. Parker     05/23/2025
Hon. Katharine H. Parker, U.S.M.J.

Re: Tracy McCarter v. City of New York, et al., 23 CV 9652 (GHW) (KHP)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter on behalf of defendants. In that capacity, I write with consent of plaintiff's counsel to respectfully request that the deadline for defendants to serve their motion for summary judgment be adjourned one week, until June 6, 2025. The parties would otherwise keep the remaining deadlines for the briefing schedule intact. The reason for this request is that, in addition to preparing the motion in this matter, the undersigned is simultaneously preparing for trial in the matter of Galarza v. City of New York, et al., 19-CV-10898 (LAK) (KHP), scheduled to begin on June 9, 2025, before the Honorable Lewis A. Kaplan.

Thank you for your consideration herein.

Respectfully submitted,

/s/
Brian Francolla
Senior Counsel
Special Federal Litigation Division

cc:     All Counsel (By ECF)