

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/04/2025

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, N.Y. 10007

**BRIAN FRANCOLLA**
*Senior Corporation Counsel*
Tel.: (212) 356-3527
Fax: (212) 356-3509
bfrancol@law.nyc.gov

**APPLICATION GRANTED**

*Kathaune H Parker*   06/04/2025

Hon. Katharine H. Parker, U.S.M.J.

June 3, 2025

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Tracy McCarter v. City of New York, et al., 23 CV 9652 (GHW) (KHP)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter on behalf of defendants. In that capacity, I write with consent of plaintiff's counsel to respectfully request that **the deadline for defendants to serve their motion for summary judgment be adjourned one additional week, until June 13, 2025**. The parties would otherwise keep the remaining deadlines for the briefing schedule intact.

      As the undersigned mentioned in defendants May 22, 2025 application, I was scheduled to begin trial in the matter of Galarza v. City of New York, et al., 19-CV-10898 (LAK) (KHP), on June 9, 2025, before the Honorable Lewis A. Kaplan. In addition to fully preparing for same, an issue arose regarding whether the plaintiff was legally competent and if he would ultimately appear for trial as scheduled. Those issues lead to additional briefing and were only resolved this afternoon when the Court adjourned the trial sine die. Dealing with those issues along with trial preparation consumed virtually all of my time to date. As such, we respectfully request one additional week to prepare and finalize our moving papers in this matter.

Thank you for your consideration herein.

                                                                             Respectfully submitted,

                                                                                     /s/
                                                                       Brian Francolla
                                                                       Senior Counsel
                                                                       Special Federal Litigation Division

cc:     All Counsel (By ECF)