# ZMO Law PLLC

February 4, 2026

***Via ECF***

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2026

Hon. Gregory H. Woods, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Courtroom 12C
New York, NY 10007

**MEMORANDUM ENDORSED**

RE: *Tracy McCarter v. City of New York, et al.*, 23 Civ. 9652 (GHW) (KHP)

Dear Judge Woods:

Pursuant to Rule 3.H. of Your Honor's Individual Rules of Practice in Civil Cases ("Your Honor's Rules"), we respectfully request leave to file a reply brief to defendants' Memorandum of Law in Opposition to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. ECF No. 98. We make this request to assist the Court with the legal and factual complexity of this case's issues.

We confirm that we have asked opposing counsel whether they consent to this request pursuant to Rule 1.A. of Your Honor's Rules. Opposing counsel confirmed they do not take a position on this request.

If Your Honor grants this request, we respectfully request that the deadline for submitting plaintiff's reply be seven days following such order to enable us to prepare the courtesy copies for submission to the Court required by Rule 3.B. of Your Honor's Rules.

Thank you for your attention to this case.

Very truly yours,

*Tess Cohen*

Tess M. Cohen

CC:    All Counsel (via ECF)

Application denied. Plaintiff's request for leave to file a reply is denied.
SO ORDERED.

Dated: February 4, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • tc@zmolaw.com
www.zmolaw.com