USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

TRACY MCCARTER,                                :
                                               :
                              Plaintiff,        :
                                               :                    1:23-cv-9652-GHW
            -v -                               :
                                               :                    ORDER
SAMANTHA CORTEZ,                               :
                                               :
                              Defendant.       :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will begin on **Monday, November 30, 2026 at 9:00 a.m.** The

Court will hold a final pretrial conference in this case on **Friday, November 6, 2026 at 12:00 p.m.**

Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United

States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S.

Courthouse at 500 Pearl Street, New York, New York 10007.

Any motions to exclude expert testimony are due no later than **August 28, 2026**. Any

opposition is due within twenty-one days after service of a party's motion. Any reply is due within

seven days after service of a party's opposition.

The parties are directed to submit the following materials no later than **September 21, 2026**:

(1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's

Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of

the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the

applicable law, to be read to the jury as part of the Court's initial instructions prior to opening

statements.

SO ORDERED.

Dated:  April 7, 2026
New York, New York                                      _____
                                                         GREGORY H. WOODS
                                                         United States District Judge