USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

TRACY MCCARTER,

Plaintiff,

-v-

SAMANTHA CORTEZ,

Defendant.

---------------------------------------------------------------- X

1:23-cv-9652-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conferences held on November 19, 2026 and November 20, 2026, Plaintiff's and Defendant's motions *in limine* are granted in part and denied in part, and Defendant's motion to exclude Plaintiff's experts is granted in part and denied in part. The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 105, 116, and 118.

SO ORDERED.

Dated: November 20, 2026
New York, New York

GREGORY H. WOODS
United States District Judge